UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIGIO LOPEZ,

Plaintiff,

-v-

SUPERINTENDENT et al.,

Defendants.

---

26-CV-5962 (JMF)

MEMORANDUM OPINION AND ORDER

JESSE M. FURMAN, United States District Judge:

On July 17, 2026, the Court ordered Plaintiff Ligio Lopez, who is currently incarcerated at Mid-State Correctional Facility and proceeding here without counsel, to show cause why this case should not be transferred to the United States District Court for the Northern District of New York. *See* ECF No. 4. In a letter dated July 29, 2026, Lopez requested to "withdraw" his case "without prejudice" and sought a refund of his filing fees. *See* ECF No. 5. As stated in an endorsement dated August 18, 2026, the Court construed Lopez's letter to be a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and denied the request for a refund of the filing fee. *See* ECF No. 6. Thus, the case was dismissed.

Since that time, Lopez has filed several more documents, some of which appear to repeat the requests he made in the July 29, 2026 letter and some of which suggest a desire to proceed with this case. In either event, the July 29, 2026 dismissal "was self-executing and effective immediately"; thus, the dismissal is "not subject to vacatur." *Alix v. McKinsey & Co.*, 470 F. Supp. 3d 310, 317 (S.D.N.Y. 2020) (cleaned up) (citing cases). Accordingly, any requests Lopez makes in those submissions are denied. That said, dismissal of this case was "without

prejudice," so Lopez is free to file a new lawsuit. For the reasons set forth in the Court's July 17, 2026 Order to Show Cause, however, any such lawsuit should almost certainly be filed in the United States District Court for the Northern District of New York, not here.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to mail a copy of the Order to Plaintiff.

SO ORDERED.

Dated: September 22, 2026
New York, New York

JESSE M. FURMAN
United States District Judge